IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL ROSA, : | |
|     Plaintiff : | |
|   v. : | Case No. 3:23-cv-75-KAP |
| MICHAEL DEROSE, : | |
|     Defendant : | |

<u>Memorandum Order</u>

    Plaintiff, an inmate at S.C.I. Forest, submitted a civil complaint subject to the Prison Litigation Reform Act. Despite plaintiff's correspondence stating that he sent by separate mailing a motion to proceed *in forma pauperis*, no such motion has been received.

    The Prison Litigation Reform Act, as codified at 28 U.S.C.§ 1915, requires either the filing fee or a motion to proceed *in forma pauperis* with a certified copy of plaintiff's inmate account statement for the last six months. The Clerk shall mark these matters administratively closed (that is not a dismissal) until plaintiff pays the filing fee or submits a motion to proceed *ifp* that complies with the PLRA.

    In accordance with the case management system in place in this district, this case has been preliminarily assigned to me. All parties or their counsel should complete an election form (enclosed, also available at https://www.pawd.uscourts.gov/forms/ under "Local Forms") either consenting to jurisdiction by a Magistrate Judge with appeal to the Court of Appeals or electing to have a District Judge assigned to the case (with reference to a Magistrate Judge and appeal to a District Judge and then to the Court of Appeals) and shall file the form with the Clerk.

DATE: May 8, 2023

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Angel Rosa KN-6258
S.C.I. Forest
P.O. Box 945
286 Woodland Drive
Marienville, PA 16239